1808.

Davis
vs
Wilson

The case was submitted to the court without argument.

*T. Buchanan,* for the Appellant.
*Hughes,* for the Appellee.

JUDGMENT AFFIRMED.

---

### Davis vs. Wilson, *et al.*

DECEMBER.

APPEAL from the County Court of *Baltimore.* The record in this case contained a *bill of exceptions,* tendered to the associate justices of the county court by the defendant, (the appellant,) and which was signed, but not *sealed,* by the justices.

*W. Dorsey* and *Brice,* for the Appellant, contended, that there was a material variance between the writ and the declaration; the former being in the names of *William Wilson,* and others, and the latter in that of *William Wilson* alone.

They were proceeding to argue the points raised on the *bill of exceptions,* when it was discovered that it had not been sealed, as before stated.

THE COURT were about to reverse the judgment on the *form of proceedings,* and to award a *procedendo,* when

*W. Dorsey* contended, that a *procedendo* ought not to be awarded in a case where the court do not reverse on a bill of exceptions.

THE COURT considered that there was no *bill of exceptions* in the case, the seals of the justices not being affixed thereto; but there was error in the form of proceeding, and reversed the judgment without awarding a *procedendo.*

JUDGMENT REVERSED.

*A paper certified in a record transmitted on appeal, purporting to be a bill of exceptions taken at the trial, was held not to be a bill of exceptions in the case, it not appearing that the seals of the judges of the court below had been affixed to it.*

*The court of appeals having reversed a judgment of the court below, on the form of proceedings, there being a material variance between the writ and the declaration refused to remit the record with a procedendo.*